UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

NATHAN C. BRAUN,

        Plaintiff,

v.

STATE OF MINNESOTA, MNDOC,
HRU, JEREMIAH SIMS,
CHRISTOPHER VIERZBA,
LT. RIEMENSCHNEIDER,
OLARANDE, SGT. MILLER,
SGT. SHAW, UNIDENTIFIED 1ST,
2ND, AND 3RD WATCH EMPLOYEES,
KARA RICHTER, OTOO, B. SCOTT,
SGT. GARY, LT. CAREFUL,
LT. D. SPETS, and UNIDENTIFIED
CANTEEN AND FINANCE
EMPLOYEES,

        Defendants.

Case No. 24-cv-4435 (LMP/JFD)

**ORDER ADOPTING
REPORT AND RECOMMENDATION**

---

This matter is before the Court on the February 28, 2025 Report and Recommendation ("R&R") of United States Magistrate Judge John F. Docherty, which recommends dismissing Plaintiff Nathan C. Braun's complaint for failure to prosecute under Fed. R. Civ. P. 41(b).  *See* ECF No. 4.  No party objected to the R&R, *see* Fed. R. Civ. P. 72(b)(2), so the Court reviews the R&R for clear error, *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Discerning no clear error, the Court adopts the R&R in full.

**ORDER**

Based upon all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (ECF No. 4) is **ADOPTED IN FULL**.

2. The Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

3. Braun's Application to Proceed in District Court without Prepaying Fees or Costs (ECF No. 2) is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 9, 2025

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge